IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:07-CV-165

| | |
|---|---|
| CARYN TESTA,<br><br>   Plaintiff,<br><br>v.<br><br>ELECTRONIC DATA SYSTEMS CORPORATION,<br><br>   Defendant. | ORDER |

Pursuant to LR83.1 of this Court, and for good cause shown, the motion of Defendant Electronic Data Systems Corporation's counsel for the admission *pro hac vice* of Martin T. Wymer of the law firm of Baker & Hostetler, Cleveland, Ohio is hereby **GRANTED**.

   **SO ORDERED**.

Signed: May 10, 2007

_____
Carl Horn, III
United States Magistrate Judge