IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:07-CV-165

| CARYN TESTA, | |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| ELECTRONIC DATA SYSTEMS CORPORATION, | |
| Defendant. | |

Pursuant to LR83.1 of this Court, and for good cause shown, the motion of Defendant Electronic Data Systems Corporation's counsel for the admission *pro hac vice* of Tonya A. Jacobs of the law firm of Baker & Hostetler, Houston, Texas is hereby **GRANTED**.

**SO ORDERED.**

Signed: May 10, 2007

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge