6.

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO.: 3:07-CV-165

| | |
|---|---|
| CARYN TESTA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ELECTRONIC DATA SYSTEMS | ) |
| CORPORATION, | ) |
| Defendant. | ) |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties to this action stipulate that this action shall be dismissed with prejudice. The parties shall bear their own costs and attorney's fees, except as may otherwise have been provided in the settlement agreement between them.

Dated this the 30th day of April, 2008

S/Julie H. Fosbinder
Julie H. Fosbinder  Bar No. 19400
Fosbinder & Van Kampen, PLLC
1307 W. Morehead Street, Suite 201
Charlotte, North Carolina 28208
Phone:  (704) 333-1428
Facsimile:   (704) 333-1431
E-Mail: Julie@Charlotteemploymentlaw.com

S/Martin T. Wymer
Martin T. Wymer
Baker & Hostetler LLP
3200 National City Center
1900 East 9th Street
Cleveland, Ohio 44114-3485
Phone: (216) 861-6113
Facsimile: (216) 696-0740
E-Mail: mwymer@bakerlaw.com

**SO ORDERED**.

Signed: May 1, 2008

_Carl Horn, III_
Carl Horn, III
United States Magistrate Judge

